1  Michael T. Williams (No. 106483)
   Carlos Solis (No. 45976)
2  John C. Ulin (No. 165524)
   Paul M. Kakuske (No. 190911)
3  HELLER EHRMAN WHITE & McAULIFFE LLP
   601 S. Figueroa Street, 40th Floor
4  Los Angeles, CA  90017-5758
   Telephone:  (213) 244-7957
5  Facsimile:  (213) 614-1868

6  Kenneth L. Chernof (No. 156187)
   HELLER EHRMAN WHITE & McAULIFFE LLP
7  1666 K Street, NW, Suite 300
   Washington, D.C.  20006
8  Telephone:  (202) 912-2000
   Facsimile:  (202) 912-2020

9

10  (additional counsel listed on signature page)

11  Attorneys for Plaintiff
    PHILIP MORRIS USA INC.

12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15

16                                          Case No.:

17  PHILIP MORRIS USA INC.,

18                           Plaintiff,      COMPLAINT FOR:

19      v.                                   (i)   LANHAM ACT -- § 32
                                                   (15 U.S.C. § 1114);
20  AGUI MARKET, an unknown business        (ii)  LANHAM ACT -- § 43(a)
    entity; LARRY KAN, individually and doing      (15 U.S.C. § 1125 (a));
21  business as ANDY'S DONUTS; JOSE         (iii) COMMON LAW UNFAIR
    RAFAEL ARGUETA, individually and              COMPETITION AND
22  doing business as ARBY LIQUOR;                TRADEMARK
    NORMAN DIAZ, individually and doing           INFRINGEMENT; and
23  business as AVALON MARKET; ROTHA        (iv)  CAL. BUS. & PROF. CODE
    CHEY, individually and doing business as       §§ 17200 et seq.
24  BARGAIN LIQUOR; 99 BEST STORE, an
    unknown business entity; UKA'S BIG
25  SAVER FOODS, INC., a California
    corporation doing business as BIG SAVER
26  MARKET; CHUNG KIM, individually and
    doing business as BUY & SAVE;
27  RAGOVERTO CASTELLANOS,
    individually and doing business as
28  CALIFORNIA DONUTS; CARLOS
    MARKET, an unknown business entity;

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
APR 22 2003
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

CV 03-2798 ER SHSx

ENTERED ON ICMS
APR 22 2003
CV

COMPLAINT

| | |
|---|---|
| 1 | CARNICERIA LOS TAPATIOS, INC., a California corporation doing business as |
| 2 | CARNICERIA LOS TAPATIOS #2; LUIS GONZALES, individually and doing |
| 3 | business as CARNICERIA SAN GABRIEL; JOEL ALFONSO ESTRELLAMARTINEZ, |
| 4 | individually and doing business as CASA DEL PUEBLO; KYUNG SUK KIM, |
| 5 | individually and doing business as CECILIAS MARKET; MOON KAP KIM, |
| 6 | individually and doing business as CECILIAS MARKET; JUAN GABRIEL |
| 7 | PENA, individually and doing business as CHAPILANDIA MARKET; ANN PENA, |
| 8 | individually and doing business as CHAPILANDIA MARKET; CASTILLON |
| 9 | PENA, individually and doing business as CHAPILANDIA MARKET; HELEN |
| 10 | CHAN, individually and doing business as CHIN'S MARKET; PAUL CHAN, |
| 11 | individually and doing business as CHIN'S MARKET; CISCOI MARKET, an unknown |
| 12 | business entity; IBRAHIM MATTA, individually and doing business as |
| 13 | CLEANER TIME EXPORT; CORNER MARKET, an unknown business entity; |
| 14 | YOUNG HWANG, individually and doing business as CYPRESS DRIVE IN DAIRY; |
| 15 | DANNYS DONUTS, an unknown business entity; DISCOUNT MINI MARKET, an |
| 16 | unknown business entity; JAMES JUN, individually and doing business as DONUT |
| 17 | INN; SENG HANG QUACH, individually and doing business as DONUT KING; |
| 18 | DONUT SHOP, an unknown business entity; DONUT SHOP, an unknown business entity; |
| 19 | DONUTS & WATER STORE, an unknown business entity; KEON KIM, individually |
| 20 | and doing business as DOWNTOWN MARKET; HYUN SOOK KIM, individually |
| 21 | and doing business as DOWNTOWN MARKET; YOUNG JU LEE, individually |
| 22 | and doing business as ECHO FOOD MARKET; ANA GLORIA PORTILLO, |
| 23 | individually and doing business as EL PORVENIR BAKERY; CARLOS |
| 24 | GONZALEZ, individually and doing business as EL PRINCIPIO MARKET #2; |
| 25 | YASER SHALABI, individually and doing business as EL RANCHITO MARKET; EL |
| 26 | TAPATIO MARKETS, INC., a California corporation doing business as EL TAPATIO |
| 27 | MARKETS; JUANA CERVANTES, individually and doing business as ELVAS |
| 28 | MARKET; HARRY FISHER, individually |

1 | and doing business as ELWIN MARKET;
SAEED HAKIMAN, individually and doing
2 | business as EMILIOS DISCOUNT;
MIGDALIA ACOSTA, individually and
3 | doing business as ENSENADA MARKET &
BAKERY; MAU DANG, individually and
4 | doing business as EVERYDAY
SWAPMEET PRICE; NAM DANG,
5 | individually and doing business as
EVERYDAY SWAPMEET PRICE;
6 | MARIO ORLANDO, individually and doing
business as EXPO MINI MARKET;
7 | MANUEL ESCOBEDO, individually and
doing business as FAMILY MARKET;
8 | JERRY YADEGARI, individually and doing
business as FIESTA DISCOUNT; FIESTA
9 | MEXICANA MARKET LIMITED
PARTNERSHIP, a limited partnership doing
10 | business as FIESTA FOOD WHOLESALE;
GARCIA'S MINI-MARKET, an unknown
11 | business entity; GARFIELD LIQUOR
STORE, an unknown business entity; YEO
12 | YUP CHANG, individually and doing
business as GARY'S LIQUOR STORE;
13 | CHRISTY KONG, individually and doing
business as GOLDEN DONUTS AND
14 | CROISSANTS; CHAI FA CHAO,
individually and doing business as
15 | GRANNY'S DONUT; JORGE SANCHEZ,
individually and doing business as
16 | GUADALAJARA MEAT MARKET;
ROBERTO CRUZ, individually and doing
17 | business as GUADALAJARA MEAT
MARKET; JACK CHANG, individually and
18 | doing business as GUERRERO MARKET;
GUMBO DISCOUNT SUPER MARK, an
19 | unknown business entity; JULIETTE F.
COTA, individually and doing business as H
20 | & H LIQUOR; HOLLYFOOD MART, an
unknown business entity; JAE'S MARKET,
21 | an unknown business entity; OSCAR
GONZALEZ, individually and doing
22 | business as JEANETES MINI MARKET;
HAN J. YOO, individually and doing
23 | business as JEMPS BURGER; GHASSAN
FOUAD SALIBA, individually and doing
24 | business as JK LIQUOR STORE; SOUTHA
YAI, individually and doing business as
25 | JOHN'S DONUTS & ICE CREAM; SE
HENG, individually and doing business as
26 | JUBILEE DONUTS; CHHUN SENG,
individually and doing business as K&C
27 | DONUT; MARKET PRODUCE FOR
LESS, INC., a California corporation doing
28 | business as KIM AND CHUNG MARKET;

1  BERTHA LETICIA REYNAGA,
   individually and doing business as K'S
2  MARKET; OCTAVIO HERNANDEZ,
   individually and doing business as LA
3  MEAT MARKET; LA BARATITA, an
   unknown business entity; SUPER
4  CARNICERIA LA CHIQUITA MAIN INC.,
   a California corporation doing business as
5  LA CHIQUITA; JONG TAE LEE,
   individually and doing business as LA
6  FIESTA MARKET; LA FONOMICA
   CARNICERIA, an unknown business entity;
7  LA PRINCESITA MARKET, an unknown
   business entity; LANZA BROS MARKET,
8  an unknown business entity; ANTONIO
   BIBAROS, individually and doing business
9  as LILY MARKET; DHO ENTERPRISES,
   a California corporation doing business as
10 LIQUOR STORE; LUIS ALFONSO
   ESQUEDA, individually and doing business
11 as LORIS MARKET; YAMINA
   ESQUEDA, individually and doing business
12 as LORIS MARKET; NADIA HAMIDEH,
   individually and doing business as LOS
13 AMIGOS MARKET; WILLIAM
   UMUKORO, individually and doing
14 business as LOS AMIGOS MARKET;
   ADOLFO OCHOA, individually and doing
15 business as LOS TRES GALLOS;
   GUADALUPE OCHOA, individually and
16 doing business as LOS TRES GALLOS;
   AMY PINA KIM, individually and doing
17 business as LOUIES JR MARKET; JAVIER
   PINA, individually and doing business as
18 LUPITA'S MINI MARKET; HOSSEIN
   GHASSEMI BAKHT, individually and
19 doing business as MALERY; FERNANDO
   C. GEUERRERO, individually and doing
20 business as MARKET NUEVO MUNDO;
   MARIA ESCOBAR, individually and doing
21 business as MARYS 99 CENTS STORE;
   YAN DENG, individually and doing
22 business as MAY-VERN LIQUOR;
   WENJIN LI, individually and doing business
23 as MAY-VERN LIQUOR; BUK NAM
   PARK, individually and doing business as
24 MEADOW MAID MART; ABUL
   IBRAHIM, individually and doing business
25 as MELVINE GROCERY MARKET;
   MENDOZA PRODUCE TRUCK, an
26 unknown business entity; SUNG LEE,
   individually and doing business as
27 MERCADO CENTRAL; DANNY KIM,
   individually and doing business as
28 MERCADO DE PUEBLO MARKET;

COMPLAINT

1  MARTHA ALICA GARCIA, individually
and doing business as MERCADO
2  JALISCO; ENRIQUE CORDOVA
GARCIA, individually and doing business as
3  MERCADO JALISCO; METRO STATION,
an unknown business entity; MARTA
4  MOLINA, individually and doing business
as MIGUELITO'S PARTY SUPPLY GIFT;
5  ASHFAQ AHMAD SHEIKH, individually
and doing business as MILKMAN
6  MARKET; EMILIA MERAZ, individually
and doing business as MINI MARKET;
7  MILA CHIN, individually and doing
business as MODERN FOOD MARKET;
8  MUJIBUR RAHMAN, individually and
doing business as MOKTA MINI
9  MARKET; SAMAN
PENJARAENWATAN, individually and
10  doing business as NEW YORK DONUTS;
RUPINDERJIT KAUER, individually and
11  doing business as OCCIDENTAL LIQUOR
STORE; BALJINDER MULTANI,
12  individually and doing business as
OCCIDENTAL LIQUOR STORE;
13  JOGINDER SINGH, individually and doing
business as OCCIDENTAL LIQUOR
14  STORE; SALVADOR GUZMAN,
individually and doing business as
15  ORLANDO MARKET; BAO NGUYEN,
individually and doing business as PHILIP
16  CIGARETTES; BUON TA, individually and
doing business as PK DONUTS AND ICE
17  CREAM; LOUISA DIAB FAOUR,
individually and doing business as PLAZA
18  LIQUOR; SHACK P. MAH, individually
and doing business as PM LIQUOR
19  MARKET; YUET SAU MAH, individually
and doing business as PM LIQUOR
20  MARKET; PRICE SAVER GAS, an
unknown business entity; DANIEL CHO,
21  individually and doing business as
RAMONA DONUTS; JUN THONG,
22  individually and doing business as
RAMONA DONUTS; LEON CHHOUR,
23  individually and doing business as
RAMONA DONUTS; ROY'S MARKET, an
24  unknown business entity; SALGADOS
LITTLE KITCHEN, an unknown business
25  entity; AMAL OTHMAN, individually and
doing business as SAL'S DELI AND
26  MARKET CORP.; SAMARITANA MINI
MARKET, an unknown business entity;
27  MARIA JULIA RIVAS, individually and
doing business as SAN JUAN MEAT
28  MARKET; SAVE PENNY MART, an

1  unknown business entity; HAHN'S
   STARMART, INC., a California corporation
2  doing business as SHELL FOOD MART;
   YOUNG SHIN, individually and doing
3  business as SHIN'S MARKET; BLANCA
   GUADALUPE, individually and doing
4  business as SOUTH CENTRAL 98 CENTS
   STORE; SACHI TAKAO, individually and
5  doing business as STAR S LIQUOR;
   SUZUKI TAKAO, individually and doing
6  business as STAR S LIQUOR; SUN'S
   MARKET, an unknown business entity;
7  CALZADA, INC., a California corporation
   doing business as SUPER DISCOUNT;
8  FRANCISCO MATEOZ, individually and
   doing business as SUZANNA'S MINI
9  MARKET; NAY CHAU, individually and
   doing business as SWEET O DONUTS;
10 JEFFREY LAM, individually and doing
   business as TEXACO SERVICE STATION;
11 TORRES MEAT MARKET, an unknown
   business entity; SNACK SHOP, an unknown
12 business entity; VENUS FOOD MARKET,
   an unknown business entity; LUIS OCON,
13 individually and doing business as VILLA
   GUERRERO MARKET; PETER CHAI,
14 individually and doing business as
   WESTERN DONUTS; TY KIM TANG,
15 individually and doing business as
   YOUNGS MARKET; SUN CHA CHOE,
16 individually and doing business as 77
   MARKET; CUN LIU, individually and
17 doing business as LA MARKET; and DOES
   1 through 10, inclusive,

18                              Defendants.

19

20

21

22

23

24

25

26

27

28

COMPLAINT

1       Plaintiff PHILIP MORRIS USA INC. ("Philip Morris USA"), for its complaint

2 herein against AGUI MARKET, an unknown business entity; LARRY KAN,

3 individually and doing business as ANDY'S DONUTS; JOSE RAFAEL ARGUETA,

4 individually and doing business as ARBY LIQUOR; NORMAN DIAZ, individually

5 and doing business as AVALON MARKET; ROTHA CHEY, individually and doing

6 business as BARGAIN LIQUOR; 99 BEST STORE, an unknown business entity;

7 UKA'S BIG SAVER FOODS, INC., a California corporation doing business as BIG

8 SAVER MARKET; CHUNG KIM, individually and doing business as BUY &

9 SAVE; RAGOVERTO CASTELLANOS, individually and doing business as

10 CALIFORNIA DONUTS; CARLOS MARKET, an unknown business entity;

11 CARNICERIA LOS TAPATIOS, INC., a California corporation doing business as

12 CARNICERIA LOS TAPATIOS #2; LUIS GONZALES, individually and doing

13 business as CARNICERIA SAN GABRIEL; JOEL ALFONSO

14 ESTRELLAMARTINEZ, individually and doing business as CASA DEL PUEBLO;

15 KYUNG SUK KIM, individually and doing business as CECILIAS MARKET;

16 MOON KAP KIM, individually and doing business as CECILIAS MARKET; JUAN

17 GABRIEL PENA, individually and doing business as CHAPILANDIA MARKET;

18 ANN PENA, individually and doing business as CHAPILANDIA MARKET;

19 CASTILLON PENA, individually and doing business as CHAPILANDIA

20 MARKET; HELEN CHAN, individually and doing business as CHIN'S MARKET;

21 PAUL CHAN, individually and doing business as CHIN'S MARKET; CISCOI

22 MARKET, an unknown business entity; IBRAHIM MATTA, individually and doing

23 business as CLEANER TIME EXPORT; CORNER MARKET, an unknown business

24 entity; YOUNG HWANG, individually and doing business as CYPRESS DRIVE IN

25 DAIRY; DANNYS DONUTS, an unknown business entity; DISCOUNT MINI

26 MARKET, an unknown business entity; JAMES JUN, individually and doing

27 business as DONUT INN; SENG HANG QUACH, individually and doing business

28 as DONUT KING; DONUT SHOP, an unknown business entity; DONUT SHOP, an

1

COMPLAINT

1  unknown business entity; DONUTS & WATER STORE, an unknown business

2  entity; KEON KIM, individually and doing business as DOWNTOWN MARKET;

3  HYUN SOOK KIM, individually and doing business as DOWNTOWN MARKET;

4  YOUNG JU LEE, individually and doing business as ECHO FOOD MARKET;

5  ANA GLORIA PORTILLO, individually and doing business as EL PORVENIR

6  BAKERY; CARLOS GONZALEZ, individually and doing business as EL

7  PRINCIPIO MARKET #2; YASER SHALABI, individually and doing business as

8  EL RANCHITO MARKET; EL TAPATIO MARKETS, INC., a California

9  corporation doing business as EL TAPATIO MARKETS; JUANA CERVANTES,

10  individually and doing business as ELVAS MARKET; HARRY FISHER,

11  individually and doing business as ELWIN MARKET; SAEED HAKIMAN,

12  individually and doing business as EMILIOS DISCOUNT; MIGDALIA ACOSTA,

13  individually and doing business as ENSENADA MARKET & BAKERY; MAU

14  DANG, individually and doing business as EVERYDAY SWAPMEET PRICE;

15  NAM DANG, individually and doing business as EVERYDAY SWAPMEET

16  PRICE; MARIO ORLANDO, individually and doing business as EXPO MINI

17  MARKET; MANUEL ESCOBEDO, individually and doing business as FAMILY

18  MARKET; JERRY YADEGARI, individually and doing business as FIESTA

19  DISCOUNT; FIESTA MEXICANA MARKET LIMITED PARTNERSHIP, a

20  limited partnership doing business as FIESTA FOOD WHOLESALE; GARCIA'S

21  MINI-MARKET, an unknown business entity; GARFIELD LIQUOR STORE, an

22  unknown business entity; YEO YUP CHANG, individually and doing business as

23  GARY'S LIQUOR STORE; CHRISTY KONG, individually and doing business as

24  GOLDEN DONUTS AND CROISSANTS; CHAI FA CHAO, individually and doing

25  business as GRANNY'S DONUT; JORGE SANCHEZ, individually and doing

26  business as GUADALAJARA MEAT MARKET; ROBERTO CRUZ, individually

27  and doing business as GUADALAJARA MEAT MARKET; JACK CHANG,

28  individually and doing business as GUERRERO MARKET; GUMBO DISCOUNT

2

1  SUPER MARK, an unknown business entity; JULIETTE F. COTA, individually and

2  doing business as H & H LIQUOR; HOLLYFOOD MART, an unknown business

3  entity; JAE'S MARKET, an unknown business entity; OSCAR GONZALEZ,

4  individually and doing business as JEANETES MINI MARKET; HAN J. YOO,

5  individually and doing business as JEMPS BURGER; GHASSAN FOUAD

6  SALIBA, individually and doing business as JK LIQUOR STORE; SOUTHA YAI,

7  individually and doing business as JOHN'S DONUTS & ICE CREAM; SE HENG,

8  individually and doing business as JUBILEE DONUTS; CHHUN SENG,

9  individually and doing business as K&C DONUT; MARKET PRODUCE FOR

10  LESS, INC., a California corporation doing business as KIM AND CHUNG

11  MARKET; BERTHA LETICIA REYNAGA, individually and doing business as K'S

12  MARKET; OCTAVIO HERNANDEZ, individually and doing business as LA

13  MEAT MARKET; LA BARATITA, an unknown business entity; SUPER

14  CARNICERIA LA CHIQUITA MAIN INC., a California corporation doing business

15  as LA CHIQUITA; JONG TAE LEE, individually and doing business as LA

16  FIESTA MARKET; LA FONOMICA CARNICERIA, an unknown business entity;

17  LA PRINCESITA MARKET, an unknown business entity; LANZA BROS

18  MARKET, an unknown business entity; ANTONIO BIBAROS, individually and

19  doing business as LILY MARKET; DHO ENTERPRISES, a California Corporation

20  doing busioness as LIQUOR STORE; LUIS ALFONSO ESQUEDA, individually

21  and doing business as LORIS MARKET; YAMINA ESQUEDA, individually and

22  doing business as LORIS MARKET; NADIA HAMIDEH, individually and doing

23  business as LOS AMIGOS MARKET; WILLIAM UMUKORO, individually and

24  doing business as LOS AMIGOS MARKET; ADOLFO OCHOA, individually and

25  doing business as LOS TRES GALLOS; GUADALUPE OCHOA, individually and

26  doing business as LOS TRES GALLOS; AMY PINA KIM, individually and doing

27  business as LOUIES JR MARKET; JAVIER PINA, individually and doing business

28  as LUPITA'S MINI MARKET; HOSSEIN GHASSEMI BAKHT, individually and

3

doing business as MALERY; FERNANDO C. GEUERRERO, individually and

doing business as MARKET NUEVO MUNDO; MARIA ESCOBAR, individually

and doing business as MARYS 99 CENTS STORE; YAN DENG, individually and

doing business as MAY-VERN LIQUOR; WENJIN LI, individually and doing

business as MAY-VERN LIQUOR; BUK NAM PARK, individually and doing

business as MEADOW MAID MART; ABUL IBRAHIM, individually and doing

business as MELVINE GROCERY MARKET; MENDOZA PRODUCE TRUCK, an

unknown business entity; SUNG LEE, individually and doing business as

MERCADO CENTRAL; DANNY KIM, individually and doing business as

MERCADO DE PUEBLO MARKET; MARTHA ALICA GARCIA, individually

and doing business as MERCADO JALISCO; ENRIQUE CORDOVA GARCIA,

individually and doing business as MERCADO JALISCO; METRO STATION, an

unknown business entity; MARTA MOLINA, individually and doing business as

MIGUELITO'S PARTY SUPPLY GIFT; ASHFAQ AHMAD SHEIKH, individually

and doing business as MILKMAN MARKET; EMILIA MERAZ, individually and

doing business as MINI MARKET; MILA CHIN, individually and doing business as

MODERN FOOD MARKET; MUJIBUR RAHMAN, individually and doing

business as MOKTA MINI MARKET; SAMAN PENJARAENWATAN,

individually and doing business as NEW YORK DONUTS; RUPINDERJIT

KAUER, individually and doing business as OCCIDENTAL LIQUOR STORE;

BALJINDER MULTANI, individually and doing business as OCCIDENTAL

LIQUOR STORE; JOGINDER SINGH, individually and doing business as

OCCIDENTAL LIQUOR STORE; SALVADOR GUZMAN, individually and doing

business as ORLANDO MARKET; BAO NGUYEN, individually and doing

business as PHILIP CIGARETTES; BUON TA, individually and doing business as

PK DONUTS AND ICE CREAM; LOUISA DIAB FAOUR, individually and doing

business as PLAZA LIQUOR; SHACK P. MAH, individually and doing business as

PM LIQUOR MARKET; YUET SAU MAH, individually and doing business as PM

4

1  LIQUOR MARKET; PRICE SAVER GAS, an unknown business entity; DANIEL

2  CHO, individually and doing business as RAMONA DONUTS; JUN THONG,

3  individually and doing business as RAMONA DONUTS; LEON CHHOUR,

4  individually and doing business as RAMONA DONUTS; ROY'S MARKET, an

5  unknown business entity; SALGADOS LITTLE KITCHEN, an unknown business

6  entity; AMAL OTHMAN, individually and doing business as SAL'S DELI AND

7  MARKET CORP.; SAMARITANA MINI MARKET, an unknown business entity;

8  MARIA JULIA RIVAS, individually and doing business as SAN JUAN MEAT

9  MARKET; SAVE PENNY MART, an unknown business entity; HAHN'S

10  STARMART, INC., a California corporation doing business as SHELL FOOD

11  MART; YOUNG SHIN, individually and doing business as SHIN'S MARKET;

12  BLANCA GUADALUPE, individually and doing business as SOUTH CENTRAL

13  98 CENTS STORE; SACHI TAKAO, individually and doing business as STAR S

14  LIQUOR; SUZUKI TAKAO, individually and doing business as STAR S LIQUOR;

15  SUN'S MARKET, an unknown business entity; CALZADA, INC., a California

16  corporation doing business as SUPER DISCOUNT; FRANCISCO MATEOZ,

17  individually and doing business as SUZANNA'S MINI MARKET; NAY CHAU,

18  individually and doing business as SWEET O DONUTS; JEFFREY LAM,

19  individually and doing business as TEXACO SERVICE STATION; TORRES

20  MEAT MARKET, an unknown business entity; SNACK SHOP, an unknown

21  business entity; VENUS FOOD MARKET, an unknown business entity; LUIS

22  OCON, individually and doing business as VILLA GUERRERO MARKET; PETER

23  CHAI, individually and doing business as WESTERN DONUTS; TY KIM TANG,

24  individually and doing business as YOUNGS MARKET; SUN CHA CHOE,

25  individually and doing business as 77 MARKET; CUN LIU, individually and doing

26  business as LA MARKET; and DOES ONE through TEN inclusive (collectively,

27  "Defendants"), alleges as follows:

28

COMPLAINT

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to: (i) 28 U.S.C. §§ 1331, 1338(a) and (b) and 15 U.S.C. §1121, as an action for violation of the Lanham Act, 15 U.S.C. §§ 1051 et seq.; and (ii) 28 U.S.C. § 1367(a), pursuant to the principles of supplemental jurisdiction.

2. Philip Morris USA is informed and believes and thereupon alleges that venue is proper in this district pursuant to 28 U.S.C. § 1391(b) in that, among other things, the majority of Defendants reside or are found in this judicial district and a substantial part of the events or omissions giving rise to the claims herein occurred in this judicial district.

## NATURE OF THE ACTION

3. This is an action for: (i) infringement of registered trademarks in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114; (ii) false designation of origin and trademark and trade dress infringement in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); (iii) unfair competition and trademark infringement in violation of the common law of the State of California; and (iv) unfair competition in violation of the California Unfair Competition Law, California Business and Professions Code Sections 17200 et seq. As described more fully below, Defendants have sold, offered for sale, or otherwise contributed to the sale of counterfeit MARLBORO® and/or MARLBORO LIGHTS® brand cigarettes, and are therefore liable for direct and/or contributory infringement of Philip Morris USA's lawfully owned trademarks and trade dress. Defendants' conduct has produced and, unless enjoined by this Court, will continue to produce widespread consumer confusion and deception as well as irreparable injury to Philip Morris USA.

4. For several decades, Philip Morris USA has used, in connection with its tobacco products, the MARLBORO® mark and various other trademarks incorporating the word MARLBORO® and/or the MARLBORO® Roof Design label mark, a pentagonal figure with a horizontal top and two vertical sides with two

COMPLAINT

1   upwardly and inwardly sloping diagonals (collectively, the "Marlboro Marks").

2   Philip Morris USA has spent substantial time, effort and money advertising and

3   promoting the Marlboro Marks throughout the United States, and these marks have

4   consequently developed significant goodwill, have become distinctive, and have

5   acquired secondary meaning.

6        5.     In a blatant attempt to profit from Philip Morris USA's substantial

7   investment in its Marlboro Marks, Defendants have sold cigarettes in packaging that

8   bears spurious marks that are either identical with or substantially indistinguishable

9   from the Marlboro Marks. Consumers naturally would expect that cigarettes sold in

10  packaging that bears the famous Marlboro Marks would be manufactured or licensed

11  or sponsored by, or affiliated with, Philip Morris USA. However, Philip Morris USA

12  has confirmed that the cigarettes at issue were not manufactured licensed or

13  sponsored by Philip Morris USA and are counterfeit. Thus, consumers will be

14  confused and/or disappointed by the differences between the counterfeit cigarettes

15  and the genuine MARLBORO® and/or MARLBORO LIGHTS® cigarettes

16  manufactured and sold by Philip Morris USA or its affiliates.

17       6.     As a result of Defendants' actions, Philip Morris USA is suffering a loss

18  of the enormous goodwill Philip Morris USA created in its MARLBORO® and/or

19  MARLBORO LIGHTS® products and is losing profits from lost sales of genuine

20  products. This action seeks preliminary and permanent injunctive relief and damages

21  for Defendants' infringement of Philip Morris USA's intellectual property rights.

22                            **THE PARTIES**

23       7.     Plaintiff Philip Morris USA is a corporation organized and existing

24  under the laws of the Commonwealth of Virginia with its principal place of business

25  at 120 Park Avenue, New York, New York 10017.

26       8.     Defendant Agui Market is business organization whose form is presently

27  unknown to Philip Morris USA. Agui Market operates a retail establishment, open to

28  the general public, at 1883 Daly, Los Angeles, California.

COMPLAINT

9.     Defendant Larry Kan is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Andy's Donuts" with a business address of 10127 Avalon Street, Los Angeles, California.

10.     Defendant Jose Rafael Argueta is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Arby Liquor" with a business address of 5501 S. Central Avenue, Los Angeles, California.

11.     Defendant Norman Diaz is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Avalon Market" with a business address of 8322 Avalon Boulevard, Los Angeles, California.

12.     Defendant Rotha Chey is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Bargain Liquor" with a business address of 3300 E. 7th Street, Long Beach, California.

13.     Defendant 99 Best Store is business organization whose form is presently unknown to Philip Morris USA.  99 Best Store operates a retail establishment, open to the general public, at 13010 Avalon, Los Angeles, California.

14.     Defendant Uka's Big Saver Foods, Inc. is a corporation organized and existing under the laws of the state of California, and is doing business as "Big Saver Market" with a business address of 2619 N. Figueroa Street, Los Angeles, California.

15.     Defendant Chung Kim is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Buy & Save" with a business address of 1554 W. Sunset Boulevard, Lakewood, California.

16.     Defendant Ragoverto Castellanos is an individual and, upon information and belief, is a resident of the State of California and is doing business as "California Donuts" with a business address of 801 S. Alvarado Street, Los Angeles, California.

17.     Defendant Carlos Market is business organization whose form is presently unknown to Philip Morris USA.  Carlos Market operates a retail establishment, open to the general public, at 2906 Madison Street, Riverside, California.

8

18.     Defendant Carniceria Los Tapatios, Inc. is a corporation organized and existing under the laws of the State of California and is doing business as "Carniceria Los Tapatios #2" with a business address of 1447 W. 3rd Street, Los Angeles, California.

19.     Defendant Luis Gonzales is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Carniceria San Gabriel" with a business address of 13124 Ramona Boulevard, Los Angeles, California.

20.     Defendant Joel Alfonso Estrellamartinez is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Casa Del Pueblo" with a business address of 570 Mines Avenue, Los Angeles, California.

21.     Defendant Kyung Suk Kim is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Cecilias Market" with a business address of 8201 Garfield, Los Angeles, California.

22.     Defendant Moon Kap Kim is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Cecilias Market" with a business address of 8201 Garfield, Los Angeles, California.

23.     Defendant Juan Gabriel Pena is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Chapilandia Market" with a business address of 4328 Tweedy Boulevard, South Gate, California.

24.     Defendant Ann Pena is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Chapilandia Market" with a business address of 4328 Tweedy Boulevard, South Gate, California.

25.     Defendant Castillon Pena is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Chapilandia Market" with a business address of 4328 Tweedy Boulevard, South Gate, California.

9

26. Defendant Helen Chan is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Chin's Market" with a business address of 7902 Broadway Avenue, Los Angeles, California.

27. Defendant Paul Chan is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Chin's Market" with a business address of 7902 Broadway Avenue, Los Angeles, California.

28. Defendant Cisco Market is business organization whose form is presently unknown to Philip Morris USA. Cisco Market operates a retail establishment, open to the general public, at 7313 Seville Avenue, Huntington Park, California.

29. Defendant Ibrahim Matta is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Cleaner Time Export" with a business address of 16045 Sherman Way, Van Nuys, California.

30. Defendant Corner Market is business organization whose form is presently unknown to Philip Morris USA. Corner Market operates a retail establishment, open to the general public, at the corner of Valencia and 7th Street, Los Angeles, California.

31. Defendant Young Hwang is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Cypress Drive In Dairy" with a business address of 701 Cypress, Los Angeles, California.

32. Defendant Dannys Donuts is business organization whose form is presently unknown to Philip Morris USA. Dannys Donuts operates a retail establishment, open to the general public, at 8935 Slauson Avenue # H, Pico Rivera, California.

33. Defendant Discount Mini Market is business organization whose form is presently unknown to Philip Morris USA. Discount Mini Market operates a retail establishment, open to the general public, at 4016 S. San Pedro Street, Los Angeles, California.

COMPLAINT

34.     Defendant James Jun is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Donut Inn" with a business address of 2644 W. Valley Boulevard, Alhambra, California.

35.     Defendant Seng Hang Quach is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Donut King" with a business address of 3611 Sixth Street, Los Angeles, California.

36.     Defendant Donut Shop is business organization whose form is presently unknown to Philip Morris USA.  Donut Shop operates a retail establishment, open to the general public, at 1930 3rd Street, Los Angeles, California.

37.     Defendant Donut Shop is business organization whose form is presently unknown to Philip Morris USA.  Donut Shop operates a retail establishment, open to the general public, at 1411 Echo Park Avenue, #105, Los Angeles, California.

38.     Defendant Donuts & Water Store is business organization whose form is presently unknown to Philip Morris USA.  Donuts & Water Store operates a retail establishment, open to the general public, at 7104 Compton Avenue, Los Angeles, California.

39.     Defendant Keon Kim is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Downtown Market" with a business address of 231 E. 9th Street, Los Angeles, California.

40.     Defendant Hyun Sook Kim is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Downtown Market" with a business address of 231 E. 9th Street, Los Angeles, California.

41.     Defendant Young Ju Lee is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Echo Food Market" with a business address of 1940 Echo Park Avenue, Los Angeles, California.

42.     Defendant Carlos Gonzalez is an individual and, upon information and belief, is a resident of the State of California and is doing business as "El Principio Market #2" with a business address of 2301 Maple Avenue, Los Angeles, California.

11

43.     Defendant Yaser Shalabi is an individual and, upon information and belief, is a resident of the State of California and is doing business as "El Ranchito Market" with a business address of 2090 Pacific Coast Highway, Los Angeles, California.

44.     Defendant El Tapatio Markets, Inc. is a corporation organized and existing under the laws of the State of California and is doing business as "El Tapatio Markets" with a business address of 6039 Florence, Los Angeles, California.

45.     Defendant Juana Cervantes is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Elvas Market" with a business address of 1320 Pleasant Avenue, Los Angeles, California.

46.     Defendant Harry Fisher is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Elwin Market" with a business address of 13100 Ramona Boulevard, Los Angeles, California.

47.     Defendant Saeed Hakiman is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Emilios Discount" with a business address of 2935 W. Beverly Boulevard, Los Angeles, California.

48.     Defendant Migdalia Acosta is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Ensenada Market & Bakery" with a business address of 625 Wilmington Boulevard, Los Angeles, California.

49.     Defendant Mau Dang is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Everyday Swapmeet Price" with a business address of 470 E. 4th Street, Perris, California.

50.     Defendant Nam Dang is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Everyday Swapmeet Price" with a business address of 470 E. 4th Street, Perris, California.

12

COMPLAINT

51.    Defendant Mario Orlando is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Expo Mini Market" with a business address of 3781 S Western Avenue, Los Angeles, California.

52.    Defendant Manuel Escobedo is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Family Market" with a business address of 3705 Third Street, Los Angeles, California.

53.    Defendant Jerry Yadegari is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Fiesta Discount" with a business address of 1724 Sunset Boulevard, Los Angeles, California.

54.    Defendant Fiesta Mexicana Market Limited Partnership is a limited partnership organized and existing under the laws of the State of California and is doing business as "Fiesta Food Wholesale" with a business address of 16950 Foothill, Fontana, California.

55.    Defendant Garcia's Mini-Market is business organization whose form is presently unknown to Philip Morris USA.  Garcia's Mini-Market operates a retail establishment, open to the general public, at 6219 Main Street, Los Angeles, California.

56.    Defendant Garfield Liquor Store is business organization whose form is presently unknown to Philip Morris USA.  Garfield Liquor Store operates a retail establishment, open to the general public, at 8045 Garfield, Los Angeles, California.

57.    Defendant Yeo Yup Chang is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Gary's Liquor Store" with a business address of 5067 Melrose Avenue, Los Angeles, California.

58.    Defendant Christy Kong is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Golden Donuts and Croissants" with a business address of 6025 Rosemead Boulevard, Los Angeles, California.

59.     Defendant Chai Fa Chao is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Granny's Donut" with a business address of 14210 Bellflower Boulevard, Los Angeles, California.

60.     Defendant Jorge Sanchez is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Guadalajara Meat Market" with a business address of 6347 Santa Fe Avenue, Huntington Park, California.

61.     Defendant Roberto Cruz is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Guadalajara Meat Market" with a business address of 6347 Santa Fe Avenue, Huntington Park, California.

62.     Defendant Jack Chang is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Guerrero Market" with a business address of 1238 8th Street, Los Angeles, California.

63.     Defendant Gumbo Discount Super Mark is business organization whose form is presently unknown to Philip Morris USA.  Gumbo Discount Super Mark operates a retail establishment, open to the general public, at Vernon and Morgan, Los Angeles, California.

64.     Defendant Juliette F. Cota is an individual and, upon information and belief, is a resident of the State of California and is doing business as "H & H Liquor" with a business address of 7350 E. Alondra Boulevard, Paramount, California.

65.     Defendant Hollyfood Mart is a corporation organized and existing under the laws of the State of California and is doing business as "Hollyfood Mart" with a business address of 500b San Pedro, Los Angeles, California.

14

COMPLAINT

66.     Defendant Jae's Market is business organization whose form is presently unknown to Philip Morris USA.  Jae's Market operates a retail establishment, open to the general public, at 2484 W. Pico Boulevard, Los Angeles, California.

67.     Defendant Oscar Gonzalez is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Jeanetes Mini Market" with a business address of 2538 W. Pico Boulevard, Los Angeles, California.

68.     Defendant Han J. Yoo is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Jemps Burger " with a business address of 833 Hill Street, Los Angeles, California.

69.     Defendant Ghassan Fouad Saliba is an individual and, upon information and belief, is a resident of the State of California and is doing business as "JK Liquor" with a business address of 8143 Telegraph Road, Pico Rivera, California.

70.     Defendant Southa Yai is an individual and, upon information and belief, is a resident of the State of California and is doing business as "John's Donuts & Ice Cream" with a business address of 23401 Main Street, Los Angeles, California.

71.     Defendant Se Heng is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Jubilee Donuts" with a business address of 4205 Beverly Boulevard, Los Angeles, California.

72.     Defendant Chhun Seng is an individual and, upon information and belief, is a resident of the State of California and is doing business as "K&C Donut" with a business address of 3500 Sunset Boulevard, Los Angeles, California.

73.     Defendant Market Produce For Less, Inc. is a corporation organized and existing under the laws of the State of California and is doing business as "Kim and Chung Market" with a business address of 3610 Firestone Boulevard, South Gate, California.

74.     Defendant Bertha Leticia Reynaga is an individual and, upon information and belief, is a resident of the State of California and is doing business as

15

1    "K's Market" with a business address of 7829 Eastern Avenue, Bell Gardens,

2    California.

3         75.    Defendant Octavio Hernandez is an individual and, upon information

4    and belief, is a resident of the State of California and is doing business as "L A Meat

5    Market" with a business address of 4826 S. Central Avenue, Los Angeles, California.

6         76.    Defendant La Baratita is business organization whose form is presently

7    unknown to Philip Morris USA.  La Baratita operates a retail establishment, open to

8    the general public, at 109 Vermont Avenue, Los Angeles, California.

9         77.    Defendant Super Carniceria La Chiquita Main Inc. is a corporation

10   organized and existing under the laws of the State of California and is doing business

11   as "La Chiquita" with a business address of 1000 W. Main Street, Santa Maria,

12   California.

13        78.    Defendant Jong Tae Lee is an individual and, upon information and

14   belief, is a resident of the State of California and is doing business as "La Fiesta

15   Market" with a business address of 1905 N. Thomas Street, Los Angeles, California.

16        79.    Defendant La Fonomica Carniceria is business organization whose form

17   is presently unknown to Philip Morris USA.  La Fonomica Carniceria operates a

18   retail establishment, open to the general public, at 1429-1/2 3rd Street, Los Angeles,

19   California.

20        80.    Defendant La Princesita Market is business organization whose form is

21   presently unknown to Philip Morris USA.  La Princesita Market operates a retail

22   establishment, open to the general public, at 2426 E. 4th Street, Los Angeles,

23   California.

24        81.    Defendant Lanza Bros. Market is business organization whose form is

25   presently unknown to Philip Morris USA.  Lanza Bros. Market operates a retail

26   establishment, open to the general public, at 1803 N. Main, Los Angeles, California.

27

28

COMPLAINT

82.    Defendant Antonio Bibaros is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Lily Market" with a business address of 4016 E. 1st Street, Los Angeles, California.

83.    Defendant DHO Enterprises is a corporation organized and existing under the laws of the State of California and is doing business as "Liquor Store" with a business address of 614 El Segundo, Los Angeles, California.

84.    Defendant Luis Alfonso Esqueda is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Loris Market" with a business address of 8422 State Street, South Gate, California.

85.    Defendant Yamina Esqueda is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Loris Market" with a business address of 8422 State Street, South Gate, California.

86.    Defendant Nadia Hamideh is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Los Amigos Market" with a business address of 1163 Wilmington Boulevard, Los Angeles, California.

87.    Defendant William Umukoro is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Los Amigos Market" with a business address of 4417 Merced Avenue, Los Angeles, California.

88.    Defendant Adolfo Ochoa is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Los Tres Gallos" with a business address of 6266 Holmes Avenue, Los Angeles, California.

89.    Defendant Guadalupe Ochoa is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Los Tres Gallos" with a business address of 6266 Holmes Avenue, Los Angeles, California.

90.    Defendant Amy Pina Kim is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Louies Jr

17

COMPLAINT

1  Market" with a business address of 8900 S. Compton Avenue, Los Angeles,

2  California.

3      91.    Defendant Javier Pina is an individual and, upon information and belief,

4  is a resident of the State of California and is doing business as "Lupita's Mini

5  Market" with a business address of 4077 S. Main Street, Los Angeles, California.

6      92.    Defendant Hossein Ghassemi Bakht is an individual and, upon

7  information and belief, is a resident of the State of California and is doing business as

8  "Malery" with a business address of 11720 Wilmington Avenue, Los Angeles,

9  California.

10      93.    Defendant Fernando C. Geuerrero is an individual and, upon

11  information and belief, is a resident of the State of California and is doing business as

12  "Market Nuevo Mundo" with a business address of 1735 7th Street, Los Angeles,

13  California.

14      94.    Defendant Maria Escobar is an individual and, upon information and

15  belief, is a resident of the State of California and is doing business as "Marys 99

16  Cents Store" with a business address of 2400 7th Street, Los Angeles, California.

17      95.    Defendant Yan Deng is an individual and, upon information and belief,

18  is a resident of the State of California and is doing business as "May-Vern Liquor"

19  with a business address of 3931 52nd Street, Los Angeles, California.

20      96.    Defendant Wenjin Li is an individual and, upon information and belief,

21  is a resident of the State of California and is doing business as "May-Vern Liquor"

22  with a business address of 3931 52nd Street, Los Angeles, California.

23      97.    Defendant Buk Nam Park is an individual and, upon information and

24  belief, is a resident of the State of California and is doing business as "Meadow Maid

25  Mart" with a business address of 808 N. State, Los Angeles, California.

26      98.    Defendant Abul Ibrahim is an individual and, upon information and

27  belief, is a resident of the State of California and is doing business as "Melvine

28

COMPLAINT

1  Grocery Market" with a business address of 5770 Melrose Avenue #104, Los

2  Angeles, California.

3      99.   Defendant Mendoza Produce Truck is business organization whose form

4  is presently unknown to Philip Morris USA.  Mendoza Produce Truck operates a

5  retail establishment, open to the general public, at 7000 Block of 81st Street, Los

6  Angeles, California.

7      100.  Defendant Sung Lee is an individual and, upon information and belief, is

8  a resident of the State of California and is doing business as "Mercado Central" with

9  a business address of 6025 Maywood, Los Angeles, California.

10     101.  Defendant Danny Kim is an individual and, upon information and belief,

11  is a resident of the State of California and is doing business as "Mercado De Pueblo

12  Market" with a business address of 12760 Ramona Boulevard, Los Angeles,

13  California.

14     102.  Defendant Martha Alica Garcia is an individual and, upon information

15  and belief, is a resident of the State of California and is doing business as "Mercado

16  Jalisco" with a business address of 24258 San Fernando Road, Newhall, California.

17     103.  Defendant Enrique Cordova Garcia is an individual and, upon

18  information and belief, is a resident of the State of California and is doing business as

19  "Mercado Jalisco" with a business address of 24258 San Fernando Road, Newhall,

20  California.

21     104.  Defendant Metro Station is business organization whose form is

22  presently unknown to Philip Morris USA.  Metro Station operates a retail

23  establishment, open to the general public, at Lankershim and Chandler, North

24  Hollywood, California.

25     105.  Defendant Marta Molina is an individual and, upon information and

26  belief, is a resident of the State of California and is doing business as "Miguelito's

27  Party Supply Gift" with a business address of 4218 S. Vermont Avenue, Los

28  Angeles, California.

19

COMPLAINT

106.   Defendant Ashfaq Ahmad Sheikh is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Milkman Market" with a business address of 4025 Beverly Boulevard, Los Angeles, California.

107.   Defendant Emilia Meraz is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Mini Market" with a business address of 2910 S. San Pedro Street, Los Angeles, California.

108.   Defendant Mila Chin is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Modern Food Market" with a business address of 601 Anaheim Street, Los Angeles, California.

109.   Defendant Mujibur Rahman is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Mokta Mini Market" with a business address of 3087 W. Pico Boulevard, Los Angeles, California.

110.   Defendant Saman Penjaraenwatan is an individual and, upon information and belief, is a resident of the State of California and is doing business as "New York Donuts" with a business address of 3101b Beverly Boulevard, Los Angeles, California.

111.   Defendant Rupinderjit Kauer is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Occidental Liquor Store" with a business address of 2755 Beverly Boulevard, Los Angeles, California.

112.   Defendant Baljinder Multani is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Occidental Liquor Store" with a business address of 2755 Beverly Boulevard, Los Angeles, California.

113.   Defendant Joginder Singh is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Occidental

20

Liquor Store" with a business address of 2755 Beverly Boulevard, Los Angeles, California.

114.   Defendant Salvador Guzman is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Orlando Market" with a business address of 9200 Avalon Boulevard, Los Angeles, California.

115.   Defendant Bao Nguyen is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Philip Cigarettes" with a business address of 410 N. Harbor Boulevard, Los Angeles, California.

116.   Defendant Buon Ta is an individual and, upon information and belief, is a resident of the State of California and is doing business as "PK Donuts and Ice Cream" with a business address of 2609 Sunset Boulevard, Los Angeles, California.

117.   Defendant Louisa Diab Faour is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Plaza Liquor" with a business address of 1546 W. Carson Street, Torrance, California.

118.   Defendant Shack P. Mah is an individual and, upon information and belief, is a resident of the State of California and is doing business as "PM Liquor Market" with a business address of 2856 Sunset Boulevard, Los Angeles, California.

119.   Defendant Yuet Sau Mah is an individual and, upon information and belief, is a resident of the State of California and is doing business as "PM Liquor Market" with a business address of 2856 Sunset Boulevard, Los Angeles, California.

120.   Defendant Price Saver Gas is business organization whose form is presently unknown to Philip Morris USA.  Price Saver Gas operates a retail establishment, open to the general public, at 1106 Anaheim Street, Los Angeles, California.

121.   Defendant Daniel Cho is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Ramona Donuts" with a business address of 3959 Wilshire Boulevard, Los Angeles, California.

21

122.   Defendant Jun Thong is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Ramona Donuts" with a business address of 3959 Wilshire Boulevard, Los Angeles, California.

123.   Defendant Leon Chhour is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Ramona Donuts" with a business address of 3959 Wilshire Boulevard, Los Angeles, California.

124.   Defendant Roy's Market is business organization whose form is presently unknown to Philip Morris USA.  Roy's Market operates a retail establishment, open to the general public, at 6127 Main Street, Los Angeles, California.

125.   Defendant Salgados Little Kitchen is business organization whose form is presently unknown to Philip Morris USA.  Salgados Little Kitchen operates a retail establishment, open to the general public, at 5061 Alhambra Boulevard, Los Angeles, California.

126.   Defendant Amal Othman is an individual and, upon information and belief, is a resident of the State of California and is doing business as "Sal's Deli and Market Corp." with a business address of 21070 Beach Boulevard, Huntington Beach, California.

127.   Defendant Samaritana Mini Market is business organization whose form is presently unknown to Philip Morris USA.  Samaritana Mini Market operates a retail establishment, open to the general public, at 8330 Compton Avenue, Los Angeles, California.

128.   Defendant Maria Julia Rivas is an individual and, upon information and belief, is a resident of the State of California and is doing business as "San Juan Meat Market" with a business address of 1248 Temple Street, Los Angeles, California.

129.   Defendant Save Penny Mart is business organization whose form is presently unknown to Philip Morris USA.  Save Penny Mart operates a retail

22

COMPLAINT

1  establishment, open to the general public, at 1252 Temple Street, Los Angeles,

2  California.

3      130.  Defendant Hahn's Starmart, Inc. is a corporation organized and existing

4  under the laws of the State of California and is doing business as "Shell Food Mart"

5  with a business address of 504 W. Olympic Boulevard, Los Angeles, California.

6      131.  Defendant Young Shin is an individual and, upon information and

7  belief, is a resident of the State of California and is doing business as "Shin's Market"

8  with a business address of 3701 W. 3rd Street, Los Angeles, California.

9      132.  Defendant Blanca Guadalupe is an individual and, upon information and

10  belief, is a resident of the State of California and is doing business as "South Central

11  98 Cents Store" with a business address of 8514 S San Pedro, Los Angeles,

12  California.

13      133.  Defendant Sachi Takao is an individual and, upon information and

14  belief, is a resident of the State of California and is doing business as "Star S Liquor"

15  with a business address of 10264 Rosecrans, Bellflower, California.

16      134.  Defendant Suzuki Takao is an individual and, upon information and

17  belief, is a resident of the State of California and is doing business as "Star S Liquor"

18  with a business address of 10264 Rosecrans, Bellflower, California.

19      135.  Defendant Sun's Market is business organization whose form is

20  presently unknown to Philip Morris USA.  Sun's Market operates a retail

21  establishment, open to the general public, at the corner of Martin Luther King, Los

22  Angeles, California.

23      136.  Defendant Calzada, Inc. is a corporation organized and existing under

24  the laws of the State of California and is doing business as "Super Discount" with a

25  business address of 3980 Olympic Boulevard, Los Angeles, California.

26      137.  Defendant Francisco Mateoz is an individual and, upon information and

27  belief, is a resident of the State of California and is doing business as "Suzanna's

28

23

COMPLAINT

1 Mini Market" with a business address of 4715 Hooper Avenue, Los Angeles,

2 California.

3     138.   Defendant Nay Chau is an individual and, upon information and belief,

4 is a resident of the State of California and is doing business as "Sweet O Donuts"

5 with a business address of 401 S. Brookhurst Road, Fullerton, California.

6     139.   Defendant Jeffrey Lam is an individual and, upon information and

7 belief, is a resident of the State of California and is doing business as "Texaco

8 Service Station" with a business address of 3648 Baldwin Park Boulevard, Baldwin

9 Park, California.

10     140.   Defendant Torres Meat Market is business organization whose form is

11 presently unknown to Philip Morris USA. Torres Meat Market operates a retail

12 establishment, open to the general public, at 4700 Imperial Highway, Los Angeles,

13 California.

14     141.   Defendant Snack Shop is business organization whose form is presently

15 unknown to Philip Morris USA. Snack Shop operates a retail establishment, open to

16 the general public, at 719 S. Los Angeles Street, Los Angeles, California.

17     142.   Defendant Venus Food Market is business organization whose form is

18 presently unknown to Philip Morris USA. Venus Food Market operates a retail

19 establishment, open to the general public, at 3102 Eastern, Los Angeles, California.

20     143.   Defendant Luis Ocon is an individual and, upon information and belief,

21 is a resident of the State of California and is doing business as "Villa Guerrero

22 Market" with a business address of 401 Rosecrans, Los Angeles, California.

23     144.   Defendant Peter Chai is an individual and, upon information and belief,

24 is a resident of the State of California and is doing business as "Western Donuts"

25 with a business address of 355 Western Avenue #101, Los Angeles, California.

26     145.   Defendant Ty Kim Tang is an individual and, upon information and

27 belief, is a resident of the State of California and is doing business as "Youngs

28

COMPLAINT

Market" with a business address of 6432 Paramount Boulevard, Long Beach, California.

146.   Defendant Sun Cha Choe is an individual and, upon information and belief, is a resident of the State of California and is doing business as "77 Market" with a business address of 10041 Laurel Canyon, Pacoima, California.

147.   Defendant Cun Liu is an individual and, upon information and belief, is a resident of the State of California and is doing business as "La Market" with a business address of 4101 Floral Dr., Long Beach, California.

148.   Philip Morris USA does not know the true names and capacities of the Defendants sued herein as Does One through Ten inclusive, and therefore sues these Defendants by such fictitious names.  Philip Morris USA will amend this Complaint to allege the true names and capacities of these Defendants when it ascertains the same.

## FACTS GIVING RISE TO THIS ACTION

### A.   THE SALE OF COUNTERFEIT CIGARETTES

149.   Philip Morris USA manufactures cigarettes, including the famous MARLBORO® brand, for sale in the United States.  Retail establishments throughout the United States offer these cigarettes for sale to the adult public.

150.   During January and February 2003, representatives of Philip Morris USA purchased two packs (20 cigarettes per pack) of cigarettes bearing the MARLBORO® and/or MARLBORO LIGHTS® marks, from each of the following retail establishments:

(1)  Agui Market, 1883 Daly, Los Angeles, California (February 3, 2003);

(2)  Andy's Donuts, 10127 Avalon Street, Los Angeles, California (January 28, 2003);

(3)  Arby Liquor, 5501 S. Central Avenue, Los Angeles, California (February 10, 2003);

25

(4)   Avalon Market, 8322 Avalon Boulevard, Los Angeles, California (February 10, 2003);

(5)   Bargain Liquor, 3300 E. 7th Street, Long Beach, California (February 11, 2003);

(6)   99 Best Store, 13010 Avalon, Los Angeles, California (January 29, 2003);

(7)   Big Saver Market, 2619 N. Figueroa Street, Los Angeles, California (February 3, 2003);

(8)   Buy & Save, 1554 W. Sunset Boulevard, Lakewood, California (January 12, 2003);

(9)   California Donuts, 801 S. Alvarado Street, Los Angeles, California (February 14, 2003);

(10)   Carlos Market, 2906 Madison Street, Riverside, California (February 7, 2003);

(11)   Carniceria Los Tapatios #2, 1451 W. 3rd Street, Los Angeles, California (January 21, 2003);

(12)   Carniceria San Gabriel, 13124 Ramona Boulevard, Los Angeles, California (February 7, 2003);

(13)   Casa Del Pueblo, 570 Mines Avenue, Los Angeles, California (February 3, 2003);

(14)   Cecilias Market, 8201 Garfield, Los Angeles, California (February 1, 2003);

(15)   Chapilandia Market, 4328 Tweedy Boulevard, South Gate, California (February 10, 2003);

(16)   Chin's Market, 7902 Broadway Avenue, Los Angeles, California (January 28, 2003);

(17)   Cisco Market, 7313 Seville Avenue, Huntington Park, California (February 10, 2003);

(18)   Cleaner Time Export, 16045 Sherman Way, Van Nuys, California (January 12, 2003);

COMPLAINT

(19) Corner Market, Corner of Valencia & 7th Street, Los Angeles, California (January 22, 2003);

(20) Cypress Drive In Dairy, 701 Cypress, Los Angeles, California (February 3, 2003);

(21) Dannys Donuts, 8935 Slauson Avenue # H, Pico Rivera, California (February 8, 2003);

(22) Discount Mini Market, 4016 S. San Pedro Street, Los Angeles, California (February 10, 2003);

(23) Donut Inn, 2644 W. Valley Boulevard, Alhambra, California (February 14, 2003);

(24) Donut King, 3611 Sixth Street, Los Angeles, California (January 24, 2003);

(25) Donut Shop, 1930 3rd Street, Los Angeles, California (January 22, 2003);

(26) Donut Shop, 1411 Echo Park Avenue, #105, Los Angeles, California (January 21, 2003);

(27) Donuts & Water Store, 7104 Compton Avenue, Los Angeles, California (January 29, 2003);

(28) Downtown Market, 231 E. 9th Street, Los Angeles, California (January 21, 2003);

(29) Echo Food Market, 1940 Echo Park Avenue, Los Angeles, California (January 21, 2003);

(30) El Principio Market #2, 2301 Maple Avenue, Los Angeles, California (February 10, 2003);

(31) El Ranchito Market, 2090 Pacific Coast Highway, Los Angeles, California (February 5, 2003);

(32) El Tapatio Markets, 6039 Florence, Los Angeles, California (January 31, 2003);

(33) Elvas Market, 1320 Pleasant Avenue, Los Angeles, California (January 24, 2003);

COMPLAINT

(34)  Elwin Market, 13100 Ramona Boulevard, Los Angeles, California (February 7, 2003);

(35)  Emilios Discount, 2935 W. Beverly Boulevard, Los Angeles, California (February 14, 2003);

(36)  Ensenada Market & Bakery, 625 Wilmington Boulevard, Los Angeles, California (January 31, 2003);

(37)  Everyday Swapmeet Price, 470 E. 4th Street, Perris, California (February 7, 2003);

(38)  Expo Mini Market, 3781 S Western Avenue, Los Angeles, California (February 17, 2003);

(39)  Family Market, 3705 Third Street, Los Angeles, California (January 24, 2003);

(40)  Fiesta Discount, 1724 Sunset Boulevard, Los Angeles, California (January 12, 2003);

(41)  Fiesta Food Wholesale, 16950 Foothill, Fontana, California (February 8, 2003);

(42)  Garcia's Mini-Market, 6219 Main Street, Los Angeles, California (January 28, 2003);

(43)  Garfield Liquor Store, 8045 Garfield, Los Angeles, California (February 1, 2003);

(44)  Gary's Liquor Store, 5067 Melrose Avenue, Los Angeles, California (January 23, 2003);

(45)  Golden Donuts and Croissants, 6025 Rosemead Boulevard, Los Angeles, California (February 1, 2003);

(46)  Granny's Donut, 14210 Bellflower Boulevard, Los Angeles, California (January 31, 2003);

(47)  Guadalajara Meat Market, 6347 Santa Fe Avenue, Huntington Park, California (February 10, 2003);

(48)  Guerrero Market, 1238 8th Street, Los Angeles, California (January 21, 2003);

28

(49)  Gumbo Discount Super Mark, Vernon & Morgan, Los Angeles, California (February 6, 2003);

(50)  H & H Liquor, 7350 E. Alondra Boulevard, Paramount, California (February 7, 2003);

(51)  Hollyfood Mart, 500b San Pedro, Los Angeles, California (January 21, 2003);

(52)  Jae's Market, 2484 W. Pico Boulevard, Los Angeles, California (January 23, 2003);

(53)  Jeanetes Mini Market, 2538 W. Pico Boulevard, Los Angeles, California (January 11, 2003);

(54)  Jemps Burger, 833 Hill Street, Los Angeles, California (February 10, 2003);

(55)  JK Liquor Store, 8143 Telegraph Road, Pico Rivera, California (February 1, 2003);

(56)  John's Donuts & Ice Cream, 23401 Main Street, Los Angeles, California (January 30, 2003);

(57)  Jubilee Donuts, 4205 Beverly Boulevard, Los Angeles, California (February 21, 2003);

(58)  K&C Donut, 3500 Sunset Boulevard, Los Angeles, California (January 21, 2003);

(59)  Kim and Chung Market, 3610 Firestone Boulevard, South Gate, California (February 10, 2003);

(60)  K's Market, 7829 Eastern Avenue, Bell Gardens, California (February 9, 2003);

(61)  L A Meat Market, 4826 S. Central Avenue, Los Angeles, California (January 18, 2003);

(62)  La Baratita, 109 Vermont Avenue, Los Angeles, California (January 24, 2003);

(63)  La Chiquita, 1000 W. Main Street, Santa Maria, California (January 17, 2003);

29

COMPLAINT

(64) La Fiesta Market, 1905 N. Thomas Street, Los Angeles, California (February 3, 2003);

(65) La Fonomica Carniceria, 1429-1/2 3rd Street, Los Angeles, California (January 21, 2003);

(66) La Princesita Market, 2426 E. 4th Street, Los Angeles, California (January 23, 2003);

(67) Lanza Bros Market, 1803 N. Main, Los Angeles, California (February 3, 2003);

(68) Lily Market, 4016 E. 1st Street, Los Angeles, California (February 7, 2003);

(69) Liquor Store, 614 El Segundo, Los Angeles, California (February 5, 2003);

(70) Loris Market, 8422 State Street, South Gate, California (February 10, 2003);

(71) Los Amigos Market, 1163 Wilmington Boulevard, Los Angeles, California (January 31, 2003);

(72) Los Amigos Market, 4417 Merced Avenue, Los Angeles, California (February 3, 2003);

(73) Los Tres Gallos, 6266 Holmes Avenue, Los Angeles, California (January 29, 2003);

(74) Louies Jr Market, 8900 S. Compton Avenue, Los Angeles, California (February 10, 2003);

(75) Lupita's Mini Market, 4077 S. Main Street, Los Angeles, California (January 15, 2003);

(76) Malery, 11720 Wilmington Avenue, Los Angeles, California (February 10, 2003);

(77) Market Nuevo Mundo, 1735 7th Street, Los Angeles, California (January 21, 2003);

(78) Marys 99 Cents Store, 2400 7th Street, Los Angeles, California (January 21, 2003);

30

COMPLAINT

(79)  May-Vern Liquor, 3931 52nd Street, Los Angeles, California (February 1, 2003);

(80)  Meadow Maid Mart, 808 N. State, Los Angeles, California (February 3, 2003);

(81)  Melvine Grocery Market, 5770 Melrose Avenue #104, Los Angeles, California (January 23, 2003);

(82)  Mendoza Produce Truck, 7000 Block of 81st Street, Los Angeles, California (February 6, 2003);

(83)  Mercado Central, 6025 Maywood, Los Angeles, California (February 6, 2003);

(84)  Mercado De Pueblo Market, 12760 Ramona Boulevard, Los Angeles, California (February 7, 2003);

(85)  Mercado Jalisco, 24258 San Fernando Road, Newhall, California (February 9, 2003);

(86)  Metro Station, Lankershim & Chandler, North Hollywood, California (February 12, 2003);

(87)  Miguelito's Party Supply Gift, 4218 S. Vermont Avenue, Los Angeles, California (January 16, 2003);

(88)  Milkman Market, 4025 Beverly Boulevard, Los Angeles, California (February 21, 2003);

(89)  Mini Market, 2910 S. San Pedro Street, Los Angeles, California (February 10, 2003);

(90)  Modern Food Market, 601 Anaheim Street, Los Angeles, California (January 31, 2003);

(91)  Mokta Mini Market, 3087 W. Pico Boulevard, Los Angeles, California (February 15, 2003);

(92)  New York Donuts, 3101b Beverly Boulevard, Los Angeles, California (January 22, 2003);

(93)  Occidental Liquor Store, 2755 Beverly Boulevard, Los Angeles, California (January 22, 2003);

31

(94)  Orlando Market, 9200 Avalon Boulevard, Los Angeles, California (February 10, 2003);

(95)  Philip Cigarettes, 410 N. Harbor Boulevard, Los Angeles, California (February 4, 2003);

(96)  PK Donuts and Ice Cream, 2609 Sunset Boulevard, Los Angeles, California (January 21, 2003);

(97)  Plaza Liquor, 1546 W. Carson Street, Torrance, California (February 13, 2003);

(98)  PM Liquor Market, 2856 Sunset Boulevard, Los Angeles, California (January 21, 2003);

(99)  Price Saver Gas, 1106 Anaheim Street, Los Angeles, California (January 31, 2003);

(100)  Ramona Donuts, 3959 Wilshire Boulevard #B-1, Los Angeles, California (January 23, 2003);

(101)  Roy's Market, 6127 Main Street, Los Angeles, California (January 28, 2003);

(102)  Salgados Little Kitchen, 5061 Alhambra Boulevard, Los Angeles, California (February 5, 2003);

(103)  Sal's Deli and Market Corp., 21070 Beach Boulevard, Huntington Beach, California (February 15, 2003);

(104)  Samaritana Mini Market, 8330 Compton Avenue, Los Angeles, California (January 29, 2003);

(105)  San Juan Meat Market, 1248 Temple Street, Los Angeles, California (January 22, 2003);

(106)  Save Penny Mart, 1252 Temple Street, Los Angeles, California (January 22, 2003);

(107)  Shell Food Mart, 504 W. Olympic Boulevard, Los Angeles, California (January 22, 2003);

(108)  Shin's Market, 3701 W. 3rd Street, Los Angeles, California (February 21, 2003);

COMPLAINT

(109)  South Central 98 Cents Store, 8514 S San Pedro, Los Angeles, California (February 10, 2003);

(110)  Star S Liquor, 10264 Rosecrans, Bellflower, California (January 31, 2003);

(111)  Sun's Market, Corner of Martin Luther King, Los Angeles, California (February 5, 2003);

(112)  Super Discount, 3980 Olympic Boulevard, Los Angeles, California (January 23, 2003);

(113)  Suzanna's Mini Market, 4715 Hooper Avenue, Los Angeles, California (February 10, 2003);

(114)  Sweet O Donuts, 401 S. Brookhurst Road, Fullerton, California (February 18, 2003);

(115)  Texaco Service Station, 3648 Baldwin Park Boulevard, Baldwin Park, California (February 7, 2003);

(116)  Torres Meat Market, 4700 Imperial Highway, Los Angeles, California (February 7, 2003);

(117)  Snack Shop, 719 S. Los Angeles Street, Los Angeles, California (January 21, 2003);

(118)  Venus Food Market, 3102 Eastern, Los Angeles, California (February 5, 2003);

(119)  Villa Guerrero Market, 401 Rosecrans, Los Angeles, California (February 5, 2003);

(120)  Western Donuts, 355 Western Avenue #101, Los Angeles, California (February 21, 2003);

(121)  Youngs Market, 6432 Paramount Boulevard, Long Beach, California (February 12, 2003);

(122)  77 Market, 10041 Laurel Canyon, Pacoima, California (February 7, 2003); and

(123)  La Market, 4101 Floral Dr., Los Angeles, California (February 7, 2003).

33

COMPLAINT

1    151.   The Philip Morris USA representatives delivered the purchased packs of

2  cigarettes to a Philip Morris USA testing facility.  Philip Morris USA then performed

3  a series of proprietary tests and conclusively identified as counterfeit one or more of

4  the packs purchased from each listed retail establishment.

5  **B.    The Likelihood Of Confusion And Injury Caused By Defendants' Actions**

6    152.   The counterfeit MARLBORO® and/or MARLBORO LIGHTS® brand

7  cigarettes are not the same or of the same quality as those manufactured and sold by

8  Philip Morris USA under the same brand name.  As such, consumers who purchase

9  the counterfeit MARLBORO® and/or MARLBORO LIGHTS® brand cigarettes

10  likely will be confused and/or disappointed by the differences between the counterfeit

11  cigarettes and the genuine MARLBORO® and/or MARLBORO LIGHTS® brand

12  cigarettes.  In addition, the sale of counterfeit MARLBORO® and/or MARLBORO

13  LIGHTS® brand cigarettes is likely to cause confusion among consumers regarding

14  Philip Morris USA's sponsorship or approval of the counterfeit cigarettes.  As a

15  result of Defendants' actions, Philip Morris USA is suffering a loss of the enormous

16  goodwill Philip Morris USA created in its MARLBORO® products and is losing

17  profits from lost sales of genuine products.

18  **C.    THE INFRINGED TRADEMARKS**

19    153.   Philip Morris USA is the United States owner of the famous Marlboro

20  Marks under which the MARLBORO® cigarettes are sold and are among the most

21  valuable trademarks in the world.  The "Marlboro Marks" include, without limitation,

22  MARLBORO®, MARLBORO LIGHTS®, MARLBORO® MENTHOL,

23  MARLBORO LIGHTS® MENTHOL and MARLBORO® ULTRA LIGHTS.  Philip

24  Morris USA has invested substantial time, effort and money in advertising and

25  promoting the Marlboro Marks throughout the United States.  The vast majority of

26  MARLBORO® advertising and promotional activities display the Roof Design label

27  mark and/or a MARLBORO® word mark.  As a result, the Marlboro Marks are

28

COMPLAINT

reportedly among the most widely recognized trademarks in the United States, and Philip Morris USA has developed significant goodwill in these marks.

154.  Philip Morris USA is the registered owner of the following trademarks on the Principal Register of the United States Patent and Trademark Office ("USPTO"), all of which are valid, subsisting and incontestable pursuant to 15 U.S.C. § 1065:

| Registration Number | Registration Date | Trademark |
|---|---|---|
| 68,502 | April 14, 1908 | MARLBORO |
| 938,510 | July 25, 1972 | MARLBORO Red Label |
| 1,039,412 | May 11, 1976 | MARLBORO LIGHTS |
| 1,039,413 | May 11, 1976 | MARLBORO LIGHTS Label |
| 1,544,782 | June 20, 1989 | MARLBORO LIGHTS MENTHOL Label |
| 1,651,628 | July 23, 1991 | MARLBORO ULTRA LIGHTS Label |

True and correct copies of these registration certificates and/or computer printouts from the records of the USPTO are attached hereto as Exhibits A through F.

155.  Defendants threaten to continue to do the acts complained of herein, and unless restrained and enjoined, will continue to do so, all to Philip Morris USA's irreparable damage.

## FIRST CLAIM FOR RELIEF

(For Infringement of Registered Trademarks in Violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114(1))

156.  Philip Morris USA specifically realleges and incorporates herein by reference each and every allegation contained in Paragraphs 1 through 156 hereof.

35

COMPLAINT

157.   The acts of Defendants alleged herein constitute the use in commerce, without the consent of Philip Morris USA, of a reproduction, counterfeit, copy or colorable imitation of one or more of the Marlboro Marks in connection with the sale, offering for sale, distribution, or advertising of goods, which use is likely to cause confusion or mistake, or to deceive consumers and therefore infringe Philip Morris USA's rights in one or more of the Marlboro Marks, in violation of Section 32(1) of the Lanham Act, 15 U.S.C. Section 1114(1).

158.   Philip Morris USA has no adequate remedy at law for the foregoing wrongful conduct.  Philip Morris USA has been, and absent injunctive relief will continue to be, irreparably harmed by Defendants' actions.

## SECOND CLAIM FOR RELIEF

(For False Designation of Origin and Trademark and Trade Dress Infringement in Violation of Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A))

159.   Philip Morris USA specifically realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 156 hereof.

160.   The acts of Defendants alleged herein constitute the use in interstate commerce of a word, term, name, symbol, or device, or any combination thereof, or false designation of origin, in connection with the sale, or offering for sale, of goods in violation of section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A). These acts of Defendants are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection or association of Defendants with Philip Morris USA, or as to the origin, sponsorship or approval of counterfeit cigarettes by Philip Morris USA.

161.   Philip Morris USA has no adequate remedy at law for the foregoing wrongful conduct.  Philip Morris USA has been, and absent injunctive relief will continue to be, irreparably harmed by Defendants' actions.

## THIRD CLAIM FOR RELIEF

(For Unfair Competition in Violation of California State Common Law)

COMPLAINT

162.  Philip Morris USA specifically realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 156 hereof.

163.  Defendants' conduct, as alleged above, constitutes unfair competition under California State common law.  Defendants' acts have resulted in the "passing off" of Defendants' products as those of Philip Morris USA, or as somehow related or associated with, or sponsored or endorsed by, Philip Morris USA.

164.  Philip Morris USA has no adequate remedy at law for the foregoing wrongful conduct.  Philip Morris USA has been, and absent injunctive relief will continue to be, irreparably harmed by Defendants' actions.

## FOURTH CLAIM FOR RELIEF

(Unfair Competition in Violation of Cal. Bus. & Prof. Code §§ 17200 et seq.)

165.  Philip Morris USA specifically realleges and incorporates herein by reference each and every allegation contained in paragraphs 1 through 156 hereof.

166.  Defendants' conduct, as alleged above, constitutes unfair competition in violation of California Business and Professions Code Sections 17200 *et seq.*

167.  Philip Morris USA has no adequate remedy at law for the foregoing wrongful conduct.  Philip Morris USA has been, and absent injunctive relief will continue to be, irreparably harmed by Defendants' actions.

WHEREFORE, Plaintiff Philip Morris USA Incorporated prays for judgment as follows:

A.      For judgment that:

(i)      Defendants have violated Section 32 of the Lanham Act, 15 U.S.C. § 1114;

(ii)     Defendants have violated Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a);

(iii)    Defendants engaged in unfair competition in violation of the common law of the State of California; and

(iv)     Defendants engaged in unfair competition in violation of the California Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200 et seq.

COMPLAINT

B.      For an injunction restraining and enjoining Defendants and their divisions, subsidiaries, officers, agents, employees and attorneys, and all those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise, from (i) purchasing, distributing, selling, or offering for sale, counterfeit MARLBORO® and/or MARLBORO LIGHTS® brand cigarettes; or (ii) using the Marlboro Marks or trademarks confusingly similar therewith or the MARLBORO® and/or MARLBORO LIGHTS® trade dress or trade dress confusingly similar therewith with the exception of the sale and, offering for sale of genuine MARLBORO® and/or MARLBORO LIGHTS® cigarettes.

C.      For an order (i) requiring Defendants to account for and pay over to Philip Morris USA all of Defendants' profits derived from their unlawful conduct, to the full extent provided for by Section 35(a) of the Lanham Act, 15 U.S.C. Section 1117(a); (ii) as an alternative to awarding profits under Sections 35(a), awarding Philip Morris USA statutory damages as provided for by Section 35(c) of the Lanham Act, 15 U.S.C. § 1117(c); and awarding Philip Morris general and special damages to the full extent provided for by the common law of the State of California.

D.      For costs of suit, and for such other and further relief as the Court shall deem appropriate.

DATED: April 21, 2003          HELLER EHRMAN WHITE & McAULIFFE LLP


By _____Carlos Solis_____
          CARLOS SOLIS

Attorneys for Plaintiff
PHILIP MORRIS USA INC.

COMPLAINT

1   Additional counsel for Plaintiff
    PHILIP MORRIS USA INC.:

2

3   Warren J. Rheaume (*pro hac vice* application pending)
    HELLER EHRMAN WHITE & McAULIFFE LLP
    Bank of America Tower

4   701 Fifth Avenue, Suite 6100
    Seattle, Washington  98104-7098

5   Telephone: (206) 389-4226
    Facsimile: (206) 447-0849

6

7

8   LA 236512 v2
    4/21/03 3:22 PM (22656.0107)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

# TRADE-MARK.

No. 68,502.

REGISTERED APR. 14, 1908.

PHILIP MORRIS & CO., LTD.

CIGARETTES.

APPLICATION FILED SEPT. 17, 1907.

## MARLBORO

*Proprietor*

*Philip Morris & Co., Ltd.*

*By _____*

*Attorney*

THIRD RENEWAL

Philip Morris &
New York, N.Y.

# UNITED STATES PATENT OFFICE.

PHILIP MORRIS & CO., LTD., OF NEW YORK, N. Y.

**TRADE-MARK FOR CIGARETTES.**

No. 68,302.            Statement and Declaration.            Registered April 14, 1908.

Application filed October 17, 1907.   Serial No. 38,346.

## STATEMENT.

*To all whom it may concern:*

Be it known that Philip Morris & Co., Ltd., a corporation duly organized under the laws of the State of New York, and located in the city of New York, county of New York, in said State, and doing business at 102 West Broadway, in said city, has adopted for its use the trade-mark shown in the accompanying drawing, for cigarettes, in Class 17. Tobacco products.

The trade-mark has been continuously used in the business of said corporation and in the business of its predecessor, Philip Morris & Co. Ltd., of London, England, since 1885.

The trade-mark is applied or affixed to the goods, or to the package containing the same, by placing thereon a printed label on which the trade-mark is shown.

PHILIP MORRIS & CO., LTD.,
By HERBERT L. ALDRICH,
*President.*

## DECLARATION.

State of New York, county of New York, ss:

Herbert L. Aldrich, being duly sworn, deposes and says that he is the president of the corporation, the applicant named in the foregoing statement, that he believes the foregoing statement is true; that he believes said corporation is the owner of the trade-mark sought to be registered, that no other person, firm, corporation, or association, to the best of his knowledge and belief, has the right to use said trade-mark, either in the identical form or in any such near resemblance thereto as might be calculated to deceive; that said mark is used by said corporation in commerce among the several States of the United States; that the drawing present-

ed truly represents the trade-mark sought to be registered; that the specimens show the trade-mark as actually used upon the goods; and that the mark has been in actual use as a trade-mark of the applicant for ten years next preceding the passage of the act of February 20, 1905, and that, to the best of his knowledge and belief, such use has been exclusive.

HERBERT L. ALDRICH.

Subscribed and sworn to before me this 10th day of January, 1908.

DAVID FISCHER,
*Notary Public, N. Y. Kings County.*
*Certificate filed in New York County.*

Thank you for your — Here are the latest results fro  TARR web server

This page was generated by the TARR system on 09/03/2002 12:30:34 ET

Serial Number: 71030646

Registration Number: 68502

Mark

# Marlboro

(words only): MARLBORO

Current Status: This registration has been renewed.

Date of Status: 1988-11-07

Filing Date: 1907-10-17

Registration Date: 1908-04-14

Law Office Assigned: Unknown

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at Trademark Assistance Center. mailto:TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -Unknown

Date In Location: 2001-10-18

---

## CURRENT APPLICANT(S)/OWNER(S)

---

1. PHILIP MORRIS INCORPORATED

Address:
PHILIP MORRIS INCORPORATED
100 PARK AVENUE
NEW YORK, NY 10017
United States
State or Country of Incorporation: Virginia
Legal Entity Type: Corporation

## GOODS AND/OR SERVICES

CIGARETTES
U.S. Class: 017 (International Class 034)
First Use Date: 18830000
First Use in Commerce Date: 18830000

Basis: 1(a)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

1988-04-14 - Registration renewed - 20 year

1988-04-08 - Section 9 filed/check record for Section 8

1968-04-14 - Registration renewed - 20 year

## CONTACT INFORMATION

Correspondent (Owner)
ROBERT I. ECK
PHILIP MORRIS INCORPORATED
100 PARK AVENUE
NEW YORK, NY 10017
United States

# United States Patent Office

938.510

Registered July 25, 1972

## PRINCIPAL REGISTER
### Trademark

Ser. No. 387,884, filed Mar. 30, 1971



Philip Morris Incorporated (Virginia corporation)
100 Park Ave.
New York, N.Y. 10017

For: CIGARETTES, in CLASS 17 (INT. CL. 14).
First use 1955; in commerce 1955.
Applicant disclaims the words "Filter Cigarettes" apart from the mark as shown.
The drawing is lined to indicate the colors red and gold and these colors are used and claimed as a feature of the mark.
Owner of Reg. Nos. 68,502, 654,007, and others.

Int. Cl.: 34

Prior U.S. Cl.: 17

**United States Patent Office**

Reg. No. 1,039,412
Registered May 11, 1976

## TRADEMARK
Principal Register

## MARLBORO LIGHTS

Philip Morris Incorporated (Virginia corporation)
100 Park Ave.
New York, N.Y. 10017

For: CIGARETTES in CLASS 17 (INT. CL. 14).
First use Aug. 13, 1971; in commerce Aug. 13, 1971.
The word "Lights" is expressly disclaimed apart from the mark in its entirety.
Owner of Reg. Nos. 68,502, 872,062, and others.

Ser. No. 401,870, filed Sept. 2, 1971.



Int. CL: 34

Prior U.S. CL: 17

United States Patent Office

Reg. No. 1,039,413
Registered May 11, 1976

## TRADEMARK
### Principal Register



Philip Morris Incorporated (Virginia corporation)
100 Park Ave.
New York, N.Y.  10017

For: CIGARETTES, in CLASS 17 (INT. CL. 34).
First use not later than Sept. 2, 1971; in commerce not later than Sept. 2, 1971.
The word "Lights" is expressly disclaimed apart from the mark in its entirety.
The words "Veni-Vidi-Vici" are Latin and mean "I came, I saw, I conquered."
Owner of Reg. Nos. 68,502, 760,533, and others.

Ser. No. 430,002, filed July 17, 1972.

Int. CL: 34

Prior U.S. CL: 17

Reg. No. 1,544,782

## United States Patent and Trademark Office
Registered June 20, 1989

### TRADEMARK
### PRINCIPAL REGISTER



PHILIP MORRIS INCORPORATED (VIRGINIA CORPORATION)
100 PARK AVENUE
NEW YORK, NY 10017

FOR: CIGARETTES IN CLASS 34 (U.S. CL. 17).

FIRST USE 1-1-1987; IN COMMERCE 1-1-1987.

OWNER OF U.S. REG. NOS. 68,502, 1,189,324 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LIGHTS", "MENTHOL" AND "INC.", APART FROM THE MARK AS SHOWN.

THE LINING IN THE DRAWING REPRESENTS THE COLOR GREEN. THE WORD "MENTHOL" IS IN GREEN AND THE CREST IS IN GOLD WITH THE INNER OVAL PORTION IN RED AND COLOR IS CLAIMED AS A FEATURE OF THE MARK.

THE DOTTED LINES ON THE DRAWING ARE NOT PART OF THE MARK AND SERVE ONLY TO SHOW THE POSITION OF THE MARK ON THE GOODS.

SER. NO. 689,942, FILED 10-16-1987.

ROGER KATZ, EXAMINING ATTORNEY

Int. Cl.: 34

Prior U.S. Cl.: 17

## United States Patent and Trademark Office

Reg. No. 1,651,628
Registered July 23, 1991

### TRADEMARK
### PRINCIPAL REGISTER



**Marlboro**
ULTRA LIGHTS

PHILIP MORRIS INCORPORATED (VIRGINIA CORPORATION)
100 PARK AVENUE
NEW YORK, NY 10017

FOR: CIGARETTES, IN CLASS 34 (U.S. CL. 17).

FIRST USE 10-1-1989; IN COMMERCE 10-1-1989.

OWNER OF U.S. REG. NOS. 68,502, 1,544,781 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ULTRA LIGHTS", APART FROM THE MARK AS SHOWN.

THE DRAWING IS LINED FOR THE COLOR SILVER.

THE ENTIRE CREST DESIGN IS GOLD WITH THE EXCEPTION OF THE INNER CIRCLE WHICH IS RED WHEREIN THE WORD PM INC APPEARS. PM INC AND THE LATIN WORDS VENI, VIDI, VICI ARE WHITE. THE DOTTED LINES SURROUNDING THE MARK ARE USED TO SHOW THE POSITION OF THE MARK ON THE GOODS, AND NO CLAIM IS MADE THERETO.

THE ENGLISH TRANSLATION OF THE WORDS "VENI, VIDI, VICI" IN THE MARK IS "I CAME, I SAW, I CONQUERED."

SER. NO. 74-073,799, FILED 7-2-1990.

LISA L. KNIGHT, EXAMINING ATTORNEY